**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Andre B Green** | : | **Case No.:  17-11970** |
| **Felica Green** | : | **Chapter 13** |
| | : | **Judge Donald R. Cassling** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

### OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 2)

Now comes DLJ Mortgage Capital, Inc. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Andre B Green and Felica Green (collectively, "Debtor"). For the reasons which follow, confirmation should be denied.

1.   This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

2.   On April 17, 2017, Debtor filed a petition ("Petition Date") under Chapter 13 of Title of the United States Bankruptcy Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois.

3.   Creditor is secured by a first mortgage lien upon the Debtor's real property commonly known as 1525 E 72nd St, Chicago, IL 60619 ("Property").

### MEMORANDUM IN SUPPORT OF OBJECTION

The Debtor's Chapter 13 Plan proposes to treat Creditor's claim unfairly by failing to provide for Creditor's full secured claim. Debtor's plan seeks to cram down the Creditor's claim to a value of $180,000.00 to be paid at 0.00% interest with fixed monthly payments of $769.00. At the

17-015117_SEN

proposed amount, the Creditor would only be paid $46,140.00.  Creditor asserts the property is worth more than $180,000.00 and, as such, Creditor's claim should be paid in full as a secured claim. Creditor is in the process of performing its own appraisal of the Property to determine the value. Once completed, Creditor will supplement it Objection to Plan.

Creditor also objects to Debtor's proposal to pay the secured claim at 0.00% interest. Creditor asserts that it is entitled to interest on its secured claim and requests an interest rate of 4.00%. Creditor believes that the contractual rate of 4.00% is reasonable under the Supreme Court's decision in *In re Till*, 541 U.S. 465 (2004).

Additionally, Debtor's plan does not provide for ongoing real estate tax and insurance obligations, which are currently paid by Creditor through an escrow account. The Plan does not propose to de-escrow the loan, and as such, the monthly payments to Creditor of $769.00 are not sufficient to cover principal and interest as well as escrow requirements.

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Daniel C. Wolters (0076521)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
email is tjruchman@manleydeas.com

17-015117_SEN

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation

was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Edwin L. Feld, Attorney for Andre B Green and Felica Green, 1 N LaSalle Street, Suite 1225, Chicago, IL 60602, notice@edfeldlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 1, 2017:

Andre B Green and Felica Green, 22057 Spring Lane, Richton Park, IL 60471

Andre B Green and Felica Green, 1525 E 72nd St, Chicago, IL 60619

/s/ Todd J. Ruchman

17-015117_SEN