**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   ANDRE B GREEN<br>   FELICIA GREEN<br>        Debtor(s) | Case No. 17-11970 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/17/2017.

2) The plan was confirmed on 06/15/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/16/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/25/2018.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,310.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $7,310.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $346.23 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $346.23

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED HEART GROUP | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 7,768.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 16,000.00 | 24,017.40 | 24,517.40 | 3,318.34 | 1,024.89 |
| BANFIELD PET HOSPITAL | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 4,998.00 | NA | 318.27 | 0.00 | 0.00 |
| Citizens Bank | Secured | 10,000.00 | 15,316.27 | 14,998.00 | 2,178.71 | 441.83 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 364.00 | 364.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 693.00 | 886.90 | 886.90 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE LLC | Unsecured | 4,000.00 | 10,612.45 | 10,612.45 | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY ONE LENDING & FINANCI | Unsecured | 7,206.00 | 7,206.45 | 7,206.45 | 0.00 | 0.00 |
| GLENEAGLE TRAIL HOA | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| GLENEAGLE TRAIL HOA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREGORY FUNDING | Secured | 209,000.00 | NA | NA | 0.00 | 0.00 |
| GREGORY FUNDING | Unsecured | 71,000.00 | NA | NA | 0.00 | 0.00 |
| HARVEY ANESTHESIOLOGISTS | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 213.00 | 1,933.32 | 1,933.32 | 0.00 | 0.00 |
| JC PENNY | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 954.00 | 1,094.22 | 1,094.22 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 315.00 | 345.57 | 345.57 | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 400.00 | 655.03 | 655.03 | 0.00 | 0.00 |
| NORTH STAR CAPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN | Unsecured | 6,217.00 | 6,493.54 | 6,493.54 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | NA | 1,987.63 | 1,987.63 | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 485.00 | 510.64 | 510.64 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 625.00 | 625.96 | 625.96 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 1,000.00 | 1,101.29 | 1,101.29 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 229.00 | 229.00 | 229.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 519.00 | 519.06 | 519.06 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL RECOVERY SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SVC | Secured | 60,000.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SVC | Unsecured | 141,678.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Walmart | Unsecured | 1,063.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST NA | Secured | 0.00 | 194,472.54 | 201,427.19 | 0.00 | 0.00 |
| US BANK TRUST NA | Secured | NA | 6,954.65 | 6,972.46 | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 841.21 | 841.21 | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 18,321.00 | 18,321.20 | 18,321.20 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 2,002.00 | 502.99 | 2,002.70 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 1,499.71 | 1,499.71 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $201,427.19 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,972.46 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $39,515.40 | $5,497.05 | $1,466.72 |
| All Other Secured | $1,499.71 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$249,414.76** | **$5,497.05** | **$1,466.72** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$56,048.44** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $346.23 |
| Disbursements to Creditors | $6,963.77 |
| **TOTAL DISBURSEMENTS** : | **$7,310.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/27/2018        By: /s/ Tom Vaughn
                                                                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**